UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW ALEXANDER DELARGE, individually, and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>LOCKTON COMPANIES, LLC, et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No.:  25-CV-1056 JLS (MMP)<br><br>**ORDER GRANTING JOINT MOTION FOR REMAND OF ACTION TO STATE COURT**<br><br>(ECF No. 37) |

Presently before the Court is the Parties' Joint Motion for Remand of Action to State Court ("Joint Mot.," ECF No. 37).  Good cause appearing, the Court **GRANTS** the Joint Motion and **REMANDS** this matter to the Superior Court of California, County of San Diego.  All future dates and deadlines in this action are **VACATED**.  As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

　　**IT IS SO ORDERED.**

Dated:  June 25, 2026

Hon. Janis L. Sammartino
United States District Judge

1

25-CV-1056 JLS (MMP)